UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-CV-60223-ROSENBERG
(19-CR-60383-COHN)

MARCO ALMEIDA BARRETO,

     Movant,

v.

UNITED STATES OF AMERICA,

     Respondent.

_____/

### ORDER DENYING MOTION TO VACATE

**THIS CAUSE** is before the Court on the Movant's Motion to Vacate under 28 U.S.C. § 2255 [DE 1].  The Court has considered the Motion [DE 1], the Government's Response [DE 5], the Movant's Reply [DE 6], and the court file.  For the reasons discussed below, the Motion is denied.

The Movant pled guilty to possession of firearms by a prohibited person. 19-CR-60383 at DE 38.  The Court sentenced the Movant to 120 months' imprisonment. *Id.* at DE 75.  The Movant filed a notice of appeal, but his conviction was affirmed and his conviction became final on **January 4, 2023**. *Id.* at DE 94.

Section 2255 petitions must be filed within one year of the date upon which a judgment of conviction becomes final. 28 U.S.C. § 2255(f).  Thus, the Petitioner had until **January 4, 2024**, to file a 2255 petition.  This Petition was filed on **February 5, 2024**, and is thus untimely.

Although the Supreme Court has held that an untimely petition may be considered if actual innocence is proven, the Court can discern no basis for this exception in the Petition.  Instead, the Petition focuses on legal objections—arguing legal sufficiency—pertaining to the Petitioner's conviction.  Legal sufficiency is not actual innocence; actual innocence means factual innocence.

*Bousley v. U.S.*, 523 U.S. 614, 623 (1998).  The Petitioner has therefore provided no basis for this Court to consider his untimely Petition.

Certificate of Appealability

A petitioner seeking to appeal a district court's final order denying a Section 2255 motion to vacate has no absolute entitlement to appeal and must obtain a certificate of appealability. *See* 28 U.S.C. § 2253(c)(1); *Harbison v. Bell*, 556 U.S. 180, 183 (2009).  Upon consideration of the record, a certificate of appealability shall not issue.

Accordingly, it is **ORDERED AND ADJUDGED** that:

1.  The Movant's Motion [DE 1] is **DENIED**;[1]

2.  Final judgment is entered in favor of Respondent;

3.  No Certificate of Appealability shall issue;

4.  Any pending motions are **DENIED** as moot; and

5.  The Clerk of Court shall **CLOSE** the case.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this 15th day of August, 2024.

ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

cc:     Counsel of Record

Marco Ian Almeida-Barreto
25870-104
Jesup FCI
Federal Correctional Institution
Inmate Mail/Parcels
2680 301 South
Jesup, GA 31599
PRO SE

---

[1] The Petition also lacks substantive merit for the reasons set forth in the Response.